AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

　　　　V.

JUAN C. CORTEZ, indv. and d/b/a LAS
FLORES RESTAURANT a/k/a LAS FLORES
LOUNGE & GRILL

CASE NUMBER: **08 C 1571**

ASSIGNED JUDGE:　**JUDGE CONLON**

DESIGNATED
MAGISTRATE JUDGE:　**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

JUAN C. CORTEZ
1412 Washington Street
Waukegan, Illinois 60085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith
Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_
----------------------------------------
(By) DEPUTY CLERK

**March 18, 2008**
----------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/1/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN McWILLIAMS | INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

JUAN C. CORTEZ   36417 N. GREEN WAUKEGAN ILLINOIS 60087

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/08
                    Date

Signature of Server: Kevin McWilliams

Address of Server: METRO SERVICE INC
4647 W 103RD ST SUITE 1E
OAK LAWN, ILLINOIS 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.