# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1571 | **DATE** | 5/2/2008 |
| **CASE TITLE** | J&J SPORTS PRODUCTIONS, INC. vs. JUAN C. CORTEZ, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's failure to appear is noted. Defendant is in technical default. [illegible]

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01571   Document 11   Filed 05/02/2008   Page 1 of 1

08C1571 J&J SPORTS PRODUCTIONS, INC. vs. CORTEZ, ET AL                                    Page 1 of 1