# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:   08 C 1571

J&J SPORTS PRODUCTIONS, INC.
v.
JUAN C. CORTEZ, individually and d/b/a LAS FLORES
RESTAURANT a/k/a LAS FLORES LOUNGE & GRILL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JUAN C. CORTEZ, individually and d/b/a LAS FLORES RESTAURANT a/k/a LAS FLORES LOUNGE & GRILL

| |
|---|
| NAME (Type or print)<br><br>Timothy C. Culbertson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Timothy C. Culbertson |
| FIRM<br><br> |
| STREET ADDRESS<br>545 Alida Drive |
| CITY/STATE/ZIP<br>Cary, IL 60013 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229083 | TELEPHONE  NUMBER<br>847-913-5945 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐