IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 1571 |
| | ) | |
| JUAN C. CORTEZ, individually and d/b/a | ) | *Hon. Suzanne B. Conlon* |
| LAS FLORES RESTAURANT a/k/a | ) | |
| LAS FLORES LOUNGE & GRILL, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Zane D. Smith
      Zane D. Smith & Associates, Ltd.
      415 North LaSalle Street, Suite 300
      Chicago, Illinois 60610

PLEASE Take NOTICE that on June 3, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's Answer, a copy of which is attached hereto and thereby served upon you.

                                                            /s/    Timothy C. Culbertson

CERTIFICATION OF SERVICE

I, the undersigned attorney, certify that I served the above addressee with a copy of this Notice and the defendant's Answer by causing the same to be delivered via the Court's ECF system before the hour of 4:30 p.m. on this 3rd day of June, 2008.

                                                            /s/    Timothy C. Culbertson

Timothy C. Culbertson
ARDC No. 6229083
545 Alida Drive
Cary, Illinois 60013
847-913-5945